ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 0 3 2026

Kevin P. Weimer, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*v.*<br>MICHAEL ANTONIO CRUZ | Criminal Indictment<br>No. 1 26-CR-514 |

THE GRAND JURY CHARGES THAT

**Count One**
**(Conspiracy to Possess with Intent to Distribute a Controlled Substance)**

Beginning on a date unknown, but at least as of on or about April 1, 2026, and continuing until on or about September 30, 2026, in the Northern District of Georgia and elsewhere, the defendant, MICHAEL ANTONIO CRUZ, did knowingly and willfully combine, conspire, confederate, agree and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute a controlled substance, said conspiracy involving:

- at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), and

- a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(C),

all in violation of Title 21, United States Code, Section 846.

**Count Two**
**(Possession with Intent to Distribute a Controlled Substance)**

On or about September 30, 2026, in the Northern District of Georgia, the defendant, MICHAEL ANTONIO CRUZ, aided and abetted by, and aiding and abetting, others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a controlled substance, said act involving at least 400 grams of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**Prior Conviction Notice**

Before the defendant, MICHAEL ANTONIO CRUZ, committed the offenses charged in Counts One and Two of this Indictment, he was convicted of possession of methamphetamine with intent to distribute, in the Superior Court of Cobb County, Georgia, on or about May 31, 2018, a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment within 15 years of the commencement of the instant offenses.

## Forfeiture

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, MICHAEL ANTONIO CRUZ, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Two of this Indictment.

If any property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A True BILL

FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

EDWARD C. ROBINSON JR.
*Assistant United States Attorney*
Georgia Bar No. 913467

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000